# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA DOUTHITT | No. 2:13-cv-0636-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding *in propira persona*, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

On June 19, 2013, the court issued an order to show cause why this action should not be dismissed for failure to complete service of process. Plaintiff has responded to that order on July 17, 2013, indicating service had not been completed due to her oversight in understanding the time provided for service. She also indicates the defendant has since been served, and the court notes the defendant has filed a notice of appearance.

/ / /

/ / /

/ / /

1

1         Accordingly, IT IS HEREBY ORDERED that the order to show cause (Doc. 4) is
2 discharged, and this case will proceed in accordance with the scheduling order.

  DATED: July 30, 2013

                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE