# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

THERESA DOUTHITT                                   No. 2:13-cv-0636-CMK

      Plaintiff,

   vs.                                                        <u>ORDER</u>

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____/

      Plaintiff, who is proceeding *in propira persona*, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

      Pending before the court are plaintiff's requests for additional time to file and/or submit supplemental information with her motion for voluntary remand. The court notes that no motion for voluntary remand has been filed with the court. The scheduling order issued on April 2, 2013, directs plaintiff to *file* a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. Here, plaintiff indicates she sent a request for voluntary remand directly to the defendant, but she has not filed her motion with the court. As plaintiff indicates she needs additional time in which to complete her motion, the court will allow her more time. However, plaintiff is cautioned that she is required to file her motion

for summary judgment and/or voluntary remand with the court.

In addition, plaintiff is requesting to be allowed to file her document via facsimile. The court is not able to accept filings by fax. Plaintiff may mail any of her filings to the court, or she may bring them to the court and file them in person. If she chooses to mail her documents to the court, she should address them to:

> Clerk of the Court
> United States District Court
> 501 I Street #4-200
> Sacramento, CA  95814

Accordingly, IT IS HERE BY ORDERED that:

    1.    Plaintiff's motions for additional time (Docs. 14, 17) are granted;

    2.    Plaintiff shall file her motion for summary judgment and/or voluntary remand within 30 days of the date of this order; and

    3.    Plaintiff's motion to file documents by fax (Doc. 15) is denied.

DATED:  April 3, 2014

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE