BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| THERESA DOUTHITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:13-cv-00636-CMK<br><br>DEFENDANT'S APPLICATION FOR AN *EX PARTE* ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BY THIRTY (30) DAYS |

    Pursuant to Local Rule 144, Defendant, through counsel, hereby submits this application for an *ex parte* order extending Defendant's time to respond to Plaintiff's motion for summary judgment by thirty (30) days, i.e., up to and including June 30, 2014. Defendant files this application *ex parte* because counsel has been unable to contact Plaintiff regarding a joint stipulation to a like extension. Counsel has called the telephone number listed for Plaintiff on the Court's docket, but there is no answer.

    In Plaintiff's motion for summary judgment, she alleges that she submitted medical records that are not included in the administrative record. (Plaintiff did not allege this in her complaint.)

1

Counsel needs to investigate the allegedly missing records. This investigation will likely take some time, because it will involve queries to an agency field office as well as agency headquarters.

                                            Respectfully submitted,

Date: *May 29, 2014*         BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                                       /s/ Timothy R. Bolin
                                     TIMOTHY R. BOLIN
                                     Special Assistant United States Attorney

## ORDER

In light of cause shown, the Court hereby grants *ex parte* Defendant's application for an extension of thirty (30) days, i.e., up to and including June 30, 2014, for Defendant to respond to Plaintiff's motion for summary judgment.

Dated: June 3, 2014

                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO)

| | |
|---|---|
| THERESA DOUTHITT, | No. 2:13-cv-00636-CMK |
|     Plaintiff, | CERTIFICATE OF SERVICE BY MAIL |
|     v. | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

    I declare that I am over the age of eighteen years, and I am not a party to this action. I am an employee of the Social Security Administration, Office of the Regional Chief Counsel, Region IX. On May 29, 2014, I served on Plaintiff a true and correct copy of DEFENDANT'S APPLICATION FOR AN EX PARTE ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BY THIRTY (30) DAYS and its accompanying CERTIFICATE OF SERVICE BY MAIL, as filed with this Court (Dkt. No. 21).

////

1    I am readily familiar with the Office of the Regional Chief Counsel's practice for
2 collecting and processing correspondence for mailing. On the same day that correspondence is
3 placed in an internal mailbox for collection and mailing, it is deposited in the ordinary course of
4 business with the United States Postal Service in a sealed envelope with postage fully prepaid. I
5 personally sealed a true and correct copy of Dkt. No. 21 in an envelope addressed to Plaintiff at
6 her address as stated on the Court's docket. The mailing address on the envelope read as follows:

7              Theresa Douthitt
8              P.O. Box 5055
9              Pleasanton, CA 94566

10   I declare under penalty of perjury that the foregoing is true and correct.

12   Date: *May 29, 2014*                    */s/ Timothy R. Bolin*
                                             TIMOTHY R. BOLIN

4