BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| THERESA DOUTHITT,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:13-cv-00636-CMK<br><br>DEFENDANT'S MOTION FOR AN *EX PARTE* ORDER REMANDING CASE FOR FURTHER PROCEEDINGS, PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    Defendant, through counsel, hereby submits this motion for an *ex parte* order remanding this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and for entry of judgment in favor of Plaintiff. Defendant so moves *ex parte* because counsel has been unable to contact Plaintiff regarding a joint stipulation to voluntary remand. Counsel called the telephone number listed for Plaintiff on the Court's docket, but the person who answered stated that there was no one by the name of Theresa Douthitt at that number.

    On remand, the administrative law judge (ALJ) will update the record and include all the reports by Edward Manougian, M.D., that were considered at the initial and reconsideration levels

1

of administrative proceedings. These reports were never exhibited or made part of the record and should be properly exhibited and considered by the ALJ on remand. Also, the ALJ will further clarify whether Plaintiff's pain disorder is severe, reassess her residual functional capacity, and complete the rest of the sequential evaluation process. The ALJ will issue a decision on the issue of disability for the period of April 7, 2008, through June 30, 2012, the date that Plaintiff was last insured under Title II of the Social Security Act.

Respectfully submitted,

Date: *June 23, 2014*          BENJAMIN B. WAGNER
                               United States Attorney
                               DONNA L. CALVERT
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                                */s/ Timothy R. Bolin*
                               TIMOTHY R. BOLIN
                               Special Assistant United States Attorney

**ORDER**

The Court hereby grants *ex parte* the foregoing motion. The Court orders that this case be remanded for further proceedings, as described above, pursuant to sentence four of 42 U.S.C. § 405(g), and that judgment be entered in favor of Plaintiff.

Dated:  June 26, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE